APPEAL No. 76-240. FRANK J. TRIVISONNO *et al. v.* R. A. BEAUFORT & SONS, INC. The defendant's motion to remand this case to the Superior Court for hearing on his motion for relief from judgment on the grounds of misrepresentation and misconduct of the adverse party pursuant to Sup. R. Civ. P. 60(b), is granted. Bevilacqua, C. J., not participating. *Alfred G. Thibodeau,* for plaintiffs. *Thomas A. Lynch,* for defendant.

APPEAL No. 76-260. RANDALL ENGINEERING CORP. *v.* EAST BAY ASSOCIATES, INC. *et al.* The plaintiff's motion to affirm the judgment below pursuant to Rule 16(g) is denied. Bevilacqua, C. J., not participating. *Abedon & Visconti Ltd., Thomas W. Heald,* for plaintiff. *Keenan, Rice, Dolan, Reardon & Kiernan, John W. Kershaw,* for defendant American Employers Insurance Company.

APPEAL No. 76-323. JACENTO ROSA *et al. v.* JOHN OLIVEIRA. The defendant's motion to reconsider the previous order of this court is denied without prejudice.

The defendant's motion for extension of time to file his brief is granted and said brief shall be filed on or before April 25, 1977. Bevilacqua, C. J., not participating. *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles,* for plaintiffs. *John Oliveira,* pro se, for defendant.

APPEAL No. 76-370. BARBARA B. KERNEY *v.* BRUCE E. KERNEY. The defendant's motion to affirm the judgment below pursuant to Rule 16(g) is denied. Bevilacqua, C. J., and Joslin, J., not participating. *Ray H. Durfee,* for plaintiff. *William W. Corcoran,* for defendant.